UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division



ANTHRY RAUL MILLA,

    Plaintiff,

v.                                 Civil Action No. 1:20cv694

PFC D. BROWN, et al.,

    Defendants.

### MOTION TO AMEND DAMAGES

Plaintiff motions the court to allow the plaintiff to amend the type and amount of damages as follows:

1. Plaintiff requested $1 in nominal damages in the initial complaint. Plaintiff motions to amend to $100,000 in compensatory damages for emotional distress, pain and suffering, etc.

2. Plaintiff requested $50,000 in punitive damages in the initial complaint. Plaintiff motions to amend to $100,000 in punitive damages.

The amended complaint is attached to this motion.

Submitted by Anthry Raul Milla, *Pro Se*

_Andre Milla_                                               02/07/2021

Signature                                                            Date

## CERTIFICATE OF SERVICE

I emailed a copy of this pleading to defense counsel at kimberly.baucom@fairfaxcounty.gov on February 7, 2021.

_Andre Milla_                                              02/07/2021

Signature                                                            Date

## GHOSTWRITING CERTIFICATE

I did not receive help from an attorney preparing this document.

_Andre Milla_                                              02/07/2021

Signature                                                            Date