Anthry Raul Milla, *Pro Se*
1021 Dranesville Road, Herndon, VA 20170
Phone: (571) 455-9248
Email: andremilla7@gmail.com



February 7, 2021

Clerk of Court
United States District Court
Eastern District of Virginia
Alexandria Division
401 Courthouse Square
Alexandria, VA 22314

*Re*:   Civil Action No. 1:20cv694

Dear Clerk,

    Enclosed are two documents, plaintiff's Opposition to Defendants' Motion for Summary Judgment and plaintiff's Motion to Amend Damages (amended complaint attached thereto).

Respectfully,

_Andre Milla_                                    02/07/2021
Signature                                        Date